**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Daniel ALDECOA–GONZALEZ,
Defendant–Appellant.**

**No. 11–10376.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 5, 2012.

John R. Evans, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Mark Willimann, Tucson, AZ, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Daniel Aldecoa–Gonzalez appeals from the 41–month sentence imposed following his guilty-plea conviction for importation of cocaine, in violation of 21 U.S.C. §§ 952(a), and 960(a)(1), (b)(2)(B)(ii), and possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii)(II). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Aldecoa–Gonzalez contends that the district court erred by declining to award a minor role adjustment because he was less culpable than the principals in the offense. The district court did not clearly err by declining to award the adjustment. *See United States v. Cantrell,* 433 F.3d 1269, 1283 (9th Cir.2006).

Aldecoa–Gonzalez also contends that the district court erred by not granting a third-point reduction for acceptance of responsibility. This contention lacks merit. *See* U.S.S.G. § 3E1.1(b), cmt. n. 6; *see also United States v. Johnson,* 581 F.3d 994, 1004 (9th Cir.2009).

Aldecoa–Gonzalez finally contends the district court procedurally erred by failing properly to calculate the advisory Guidelines range. This contention is belied by

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the record. *See United States v. Carty,* 520 F.3d 984, 991 (9th Cir.2008) (en banc).

**AFFIRMED.**